UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>JONG WEON CHOI, aka Alex Choi,   )<br>    Defendant.         ) | Docket No. 5:19-cr-76-3 |

### **NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against defendant JONG WEON CHOI, aka Alex Choi, without prejudice, in the above-captioned case.

Choi has not entered the United States or appeared before the Court during the pendency of this matter. The government made an official request to the Republic of Korea for evidence and testimony in 2017. While the government has obtained various materials from Korea pursuant to this request, it has been unable to obtain what it now believes to be important evidence relating to the case against Choi. In light of these difficulties, as well as the resolution of the cases against the co-defendants, dismissal of the Indictment at this time is in the interests of justice.

Dated at Burlington, in the District of Vermont, this 24th day of June, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By: *Paul J. Van de Graaf*
Nicole P. Cate
Paul J. Van de Graaf
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
Nicole.cate@usdoj.gov
Paul.van.de.graaf@usdoj.gov

      Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed.

_____                                     _____
DATE                                                            HON. GEOFFREY W. CRAWFORD
                                                                   Chief United States District Judge